UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XCESS LIMITED,<br><br>   Plaintiff,<br><br>   v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>   Defendant. | Case No. C25-507RSL<br><br>ORDER GRANTING<br>DEFENDANT'S MOTION<br>TO SEAL |

This matter comes before the Court on defendant's "Motion to Seal Redacted Sections of the Liquidation Agreement" (Dkt. # 29), plaintiff's response (Dkt. # 37), and defendant's reply (Dkt. # 38). Having considered the pleadings and the record in this case, including plaintiff's lack of opposition to defendant's motion to seal (Dkt. # 37 at 2:8), the Court hereby GRANTS defendant's motion to seal.

The redacted provisions of the Liquidation Agreement, dated September 15, 2022, by and between plaintiff and defendant (the "Agreement") shall remain sealed from the public record until further order of the Court.

DATED this 30th day of April, 2025.

ORDER GRANTING DEFENDANT'S MOTION
TO SEAL - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION
TO SEAL - 2