The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XCESS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendant. | Case No. 2:25-cv-00507-RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO THE COMPLAINT |

For good cause shown, the Court GRANTS Defendant Amazon.com Services LLC's ("Amazon") Unopposed Motion to Extend Defendant's Deadline to Respond to the Complaint. Amazon shall serve its Answer to Plaintiff's complaint by November 20, 2026.

**IT IS SO ORDERED.**

DATED this 3rd day of November, 2026.

Robert S. Lasnik
UNITED STATES DISTRICT JUDGE



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

PRESENTED BY:

DAVIS WRIGHT TREMAINE LLP

By: *s/ Caesar Kalinowski IV*
John A. Goldmark, WSBA #40980
Caesar Kalinowski IV, WSBA #52650
Theo A. Lesczynski, WSBA #59780
Katie D. Chan, WSBA #56970
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Phone: 206-757-8068
Email: johngoldmark@dwt.com
caesarkalinowski@dwt.com
theolesczynski@dwt.com
katiechan@dwt.com

SIDLEY AUSTIN LLP

Gordon D. Todd*
Daniel J. Hay*
1501 K Street, N.W.
Washington, D.C. 20005
Telephone (202) 736-8000
Email: gtodd@sidley.com
dhay@sidley.com

*Attorneys for Defendant Amazon.com Services LLC*

* *admitted pro hac vice*